UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER LEE HILL,

    Plaintiff,

v.

CITY OF SAN LEANDRO, et al.,

    Defendants.

Case No. 20-cv-07048-PJH

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Re: Dkt. No. 20

    Defendants' motion to dismiss plaintiff's first amended complaint came on for hearing before this court on March 25, 2021. Plaintiff appeared through his counsel, Stanley Goff. Defendants appeared through their counsel, Joanne Tran and Gregory M. Fox. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby **GRANTS IN PART** and **DENIES IN PART** defendants' motion.

    In his opposition, plaintiff voluntarily dismisses his first (excessive force), third (illegal search), and fifth (battery) claims. Dkt. 23. Plaintiff confirmed such dismissal at the hearing. Dkt. 27. Accordingly, the court dismisses those claims.

    For the reasons stated at the hearing, the court rules on the remaining claims as follows:

- The court **DENIES** defendants' motion to dismiss plaintiff's second claim under Title 42 U.S.C. § 1983 for unlawful detention. At this juncture, the court will not rule on any qualified immunity defense. Defendants may raise that defense on a motion for summary judgment.

- The court **DENIES** defendants' motion to dismiss plaintiff's fourth claim for negligence.
- The court **DENIES** defendants' motion to dismiss plaintiff's sixth claim for false imprisonment.
- The court **GRANTS** defendants' motion to dismiss plaintiff's seventh claim for violation of California's Bane Act (Cal. Civ. Code § 52.1) with leave to amend.

Further, the court **GRANTS** dismissal of all claims against defendant Justin Blankenship with prejudice; he is dismissed from this case. The court also **GRANTS** dismissal of all claims against defendant Kendrick Shedd, with leave to amend only as to plaintiff's § 1983 claim for unlawful detention under a theory of integral participation. The state law claims against him are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 26, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge